1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| CHERIE TASH, on behalf of C.R.W., a minor,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE, Commissioner of the Social Security Administration,<br><br>Defendant. | CASE NO. 11-cv-05614 JRC<br><br>ORDER TO SHOW CAUSE |

This Court has jurisdiction pursuant to 28 U.S.C. § 636(c), Fed. R. Civ. P. 73 and Local Magistrate Judge Rule MJR 13. (See also Notice of Initial Assignment to a U.S. Magistrate Judge and Consent Form, ECF No. 2; Consent to Proceed Before a United States Magistrate Judge, ECF No. 4.).

This case is before the Court on plaintiff's failure to respond to the Court's Order Setting Briefing Schedule (ECF No. 7), dated and mailed to plaintiff on 11/18/2011.  This Order directed plaintiff to file an opening brief on or before 12/16/2011.  Plaintiff has not filed an opening brief

ORDER TO SHOW CAUSE - 1

1  and the Court has not received any requests for extensions from either party.  Based on the

2  foregoing it is hereby

3  ORDERED that plaintiff shall show cause as to why this matter should not be dismissed

4  pursuant to GR3, Local General Rule 3, for lack of prosecution or shall file his opening brief on

5  or before **March 23, 2012**.

6  The Clerk is directed to mail a copy of this Order to Show Cause to plaintiff.

7  Dated this 16th day of February, 2012.

J. Richard Creatura
United States Magistrate Judge

ORDER TO SHOW CAUSE - 2